Name: Serena Michelle Joseph
Prison Number: 503540
Place of confinement: Hiland Mountain Correctional Center
Mailing address: 9101 Hesterberg Rd
City, State, Zip: Eagle River AK 99577
Telephone:

RECEIVED DEC 01 2020 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Serena Michelle Joseph,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Department of Corrections; G. Johnson, Fainuulelei; T. Johnston; R. Maseuli, S. Wood; West; Booher; A. McCarter,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:20-cv-00294-SLG
(To be supplied by Court)

Amended
PRISONER'S COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Serena Joseph,
(print your name)

who presently resides at 9101 Hesterberg Rd Eagle River AK 99577
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Department of Corrections__ is a citizen of
(name)
__Alaska__, and is employed as a _____.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __G. Johnson__ is a citizen of
(name)
__Alaska__, and is employed as a __superintendant__.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Fainuulelei__ is a citizen of
(name)
__Alaska__, and is employed as a __correctional officer__.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5," etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Case 3:20-cv-00294-SLG-MMS   Document 3   Filed 12/01/20   Page 2 of 13

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No.4, __T. Johnston_____ is a citizen of
_____ (name)
__Alaska__, and is employed as a __Sergeant_____.
(state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No.5, __A. Maseuli_____ is a citizen of
                              (name)
__Alaska__, and is employed as a __Sergeant_____.
(state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No.6, __S. Wood_____ is a citizen of
                              (name)
__Alaska__, and is employed as a __Deputy Director_____.
(state)                              (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 7̶1̶, __West_____ is a citizen of
                    (name)
__Alaska__, and is employed as a __Sergeant_____.
  (state)                          (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 8̶2̶, __Booher_____ is a citizen of
                    (name)
__Alaska__, and is employed as a __Lieutenant_____.
  (state)                          (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 9̶3̶, __A. McCarter_____ is a citizen of
                    (name)
__Alaska__, and is employed as a __Sergeant_____.
  (state)                          (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about  March 2020 , my civil right to
(Date)
First Amendment
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by Fainuulelei; T. Johnston; G. Johnson; West; Booher
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

SEE ATTACHED
Affidavit 1-10
Exhibit 1-12

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about <u>March 26th 2020</u>, my civil right to
(Date)
<u>sixth Amendment access to the courts</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>R. Maseuli; A. M<sup>c</sup>Carter; S. Wood; G. Johnson</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

SEE ATTACHED
Affidavit 1-3
Exhibit 1-8

Prisoner § 1983 - 4
PS01, Nov. 2013

Claim 3: On or about <u>July 2020</u>, my civil right to
<u>fourteenth Amendment freedom from cruel and unusual Punishment</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Fainuulelei; T. Johnston; West; Booher; G. Johnson</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

SEE ATTACHED claim 1
Affidavit 1-10
Exhibit 1-12

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

____ Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ____ Yes __X__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 500,000.00
2. Punitive damages in the amount of $ 1,000,000.00
3. An order requiring defendant(s) to SEE ATTACHED VI Relief
4. A declaration that SEE ATTACHED VI Relief
5. Other: Any other relief this court deems just.

Plaintiff demands a trial by jury. _____ Yes __X__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Eagle River, Alaska on 11/27/20
            (Location)                      (Date)

_Serena Jones_
(Plaintiff's Signature)

_____    _____
Original Signature of Attorney (if any)    (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov 2013

VI Relief

claim 1- Enter an injunction against the prison officials to act in a lawful manner, and to follow there policy's and procedures and constitution laws, and that the unlawful acts of egregious misconduct by prison officials at Hiland Mountain Correctional Center will not be condoned and to deter prison officials from commiting further unconstitutional acts of the same nature as were perpetrated against me. I ask to please award me compensatory and punitive damages on the basis of multiple prohibited acts of the Department of corrections policy and procedures that continue and the fact I have tried to resolve these intentional acts informally many of times before I even filed a grievance (even though per policy and procedure I did NOT have to) and for Department of corrections Hiland Mountain Correctional Center officials NOT respond to two of my grievances and/or my informally resolutions speaks for themselves. I live in constant fear of retalitory acts and therefore when these officers are on shift I do not come out of my room and this is very debilitating and causing me emotional duress and unnecessary stress

Claim 2- Enter an injunction for the Department of corrections Hiland Mountain Correctional Center to expand there Lexis Nexis to include District Court, Superior Court, Pacer and for regular

updates be conducted on them. For computers with Word programs and printers so legal work can be typed and printed. I seek monetary damages on the basis of not providing me with adequate legal materials which is causing me more emotional duress and unnecessary stress. And an update to the textbooks and maintain the annual up keep of them

:DI
: RA

PRIORITY MAIL
MEDIUM
FLAT RATE BOX

PITNEY BOWES
US POSTAGE
$ 015.05⁰
02 1P
0001191714   NOV 30 2020
MAILED FROM ZIP CODE 99577

FROM: Serena Joseph
Hiland Mountain Correctional
Center
9101 Hesterberg Rd
Eagle River, AK 99577

TO: Clerk of Court
United States District Court
District of Alaska
222 W 7th Avenue, Box 4
Anchorage AK 99513-7564




O-FRB2_Oct 2018
ID: 11.875 x 3.375 x 13.625

Case 3:20-cv-00294-SLG-MMS   Document 3   Filed 12/01/20   Page 13 of 13

VISIT US AT USPS.COM®