Serena Joseph
**Name**
503540
**Prison Number**
Hiland Mountain Correctional Center
**Place of confinement**
9101 Hesterberg Rd
**Mailing address**
Eagle River, AK  99577
**City, State, Zip**
(907)694-9511
**Telephone**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Serena Michelle Joseph
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Anita McCarter, Steven West
Clifton Booher, Nancy Dahlstrom,
Gloria Johnson, Angelina Fainuulelei
Ty Johnston, Roberta Maseuli,
Sidney Wood
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:20-cv-00294-SLG-DMS
(To be supplied by Court)

Amended
**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Serena Joseph
(print your name)

who presently resides at 9101 Hesterberg Rd Eagle River, AK 99577
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

**2. Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Nancy Dahlstrom</u> is a citizen of
<span style="text-align:center">(name)</span>
<u>Alaska</u>, and is employed as a <u>Commissioner</u>.
<span>(state)</span> <span>(defendant's government position/title)</span>

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, Gloria Johnson is a citizen of
<span>(name)</span>
<u>Alaska</u>, and is employed as a <u>Superintendant</u>.
<span>(state)</span> <span>(defendant's government position/title)</span>

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, <u>Angelina Fainuulelei</u> is a citizen of
<span>(name)</span>
<u>ĀAlaska</u>, and is employed as a <u>Correctional Officer</u>.
<span>(state)</span> <span>(defendant's government position/title)</span>

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**\*\*\*REMINDER\*\*\***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 4, <u>Ty Johnston</u> is a citizen of
(name)
<u>Alaska</u>, and is employed as a <u>Sergeant</u>.
(state)                                    (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 5, <u>Steven West</u> is a citizen of
(name)
<u>Alaska</u>, and is employed as a <u>Sergeant</u>.
(state)                                    (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 6, <u>Clifton Booher</u> is a citizen of
(name)
<u>Alaska</u>, and is employed as a <u>Lieutenant</u>.
(state)                                    (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No.7<s>1</s>,__Roberta Maseuli_____ is a citizen of
                                         (name)
_Alaska_____, and is employed as a__Sergeant_____.
    (state)                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No<s>10</s>8,__Anita McCarter_____ is a citizen of
                                         (name)
_Alaska_____, and is employed as a__Sergeant_____.
    (state)                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No<s>11</s>9,__Sidney Wood_____ is a citizen of
                                         (name)
_Alaska_____, and is employed as a__Deputy Director_____.
    (state)                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**\*\*\*REMINDER\*\*\***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

**Claim 1**: On or about _____March 2020_____, my civil right to

First Amendment (Free Speech)

(Date)

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Fainuulelei, Johnston, Johnson, West, Booher

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

SEE ATTACHED

Affidavit 1-10

Exhibit 1-12

# AFFIDAVIT 1

I Serena Michelle Joseph, state upon oath or affirmation that the following facts are true to the best of my knowledge:

1) On or about the middle of March 2020 after 6pm count cleared I was sitting at the table, in the day room of house 4.

2) Inmate Erica Gibbs came to the door way looking for another inmate whom was on the phone. I informed her that that inmate was on the phone.

3) officer Fainuulelei was doing her routine checks and upon exiting Westwing she looked at me and said "you better get your people or I am gonna close this day room down."

4) I asked officer Fainuulelei "what makes her my "people" cause I am black"?

5) officer Fainuulelei said "bitch please."

6) I wrote a RFI addressed to the superintendent Gloria Johnson about the manner of which officer

_Serena Joseph_
(Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at Eagle River, Alaska
On 11/13/2020.
(Date)

(seal) GINGER D. HAWLEY NOTARY PUBLIC STATE OF ALASKA My Commission Expires W/O Office

(Notary Public)
My commission expires: W/O office

# AFFIDAVIT 2

I Serena Michelle Joseph _____, state upon oath or affirmation that the following facts are true to the best of my knowledge:

Fainuulelei had spoken to me, and I took it to Sgt West in the SS office and asked him to please take it to Gloria Johnsons box, he said he would.

7) Around 9³⁰ pm inmate Tamole Lauina came to me and said "officer Fainuulelei told her to teach me how to spell her name.

8) The next morning 6:³⁰ am I spoke with officer Ridges about what happened and she said to go speak with Lieutenant Booher.

9) 7am I went to Lt. Booher's office and explained to him what happened, He said he was going to be having a meeting with Gloria Johnson this morning and he would ask her if she got the RFI and for me to come back later.

10) 12pm I went back to Lt. Booher's office. He said Gloria

_____
(Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at Eagle River, Alaska

On 11/13th 2020.

(seal) GINGER D. HAWLEY
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires With Office

(Notary Public)

My commission expires: w/ office

I <u>serena Michelle Joseph</u>, state upon oath or affirmation that the following facts are true to the best of my knowledge:

did <u>NOT</u> get the RFI and to write another one put it in a sealed envelope addressed to her and he would give it to her, and I did.

11) On or about the middle of April sometime after 6³⁰pm Officer Fainuulelei came to Eastwing to deal with 2 inmates arguing and said "if you bitches dont stop im going to seperate yall and I dont care if yall tell on me cause yall some "snitches" in here anyways

12) On or about the end of May beginning of June at 6³⁰pm officer Fainuulelei woke me up and told me I had to roll up I was moving.

13) The next morning I went to housing Sgt McClellan and asked him why I had to move, he said "because of a "relationship" I was in." I said "what relationship"?

_____
(Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at <u>Eagle River</u>, Alaska

On <u>11/13/2020</u>.

(seal)

GINGER D. HAWLEY
NOTARY PUBLIC
STATE OF ALASKA
My Commission Expires With Office

(Notary Public)

My commission expires: <u>W/office</u>

# AFFIDAVIT 4

I _Serena Michelle Joseph_ , state upon oath or
affirmation that the following facts are true to the best of my knowledge:

Where is your proof I am in a relationship? He said
"he trusts his officers," I said "who officer Fainuulelei
who's out to get me, because of the RFI I wrote
about how disrespectful she talked to me."

14) I once again write a letter to Gloria Johnson
about the situation.

15) July 18th 6pm Officer Fainuulelei came to westwing
to do count and notices myself and a few other inmates
sitting in chairs by my door talking and she tells
us to move the chairs we can't be hanging out there

16) officer Fainuulelei comes back to westwing and says
a chair could stay in front of room 8 but I could
not have a chair in front of my room.

17) July 19th 6:30 am I spoke with officer Ridges about
what happened she instantly blamed herself for being

_Serena Jos_ (Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at _Eagle River_ , Alaska

On _11/13/2020_ .

(seal)

(Notary Public)

Commission expires: _w/ office_

# **AFFIDAVIT** 5

I Serena Michelle Joseph _____, state upon oath or
affirmation that the following facts are true to the best of my knowledge:

"to lax"

18) I told officer Ridges thats not the case and I
was okay with the fact that "NOBODY" else was told
to move there chairs and to leave it alone.

19) officer Ridges still made everyone move there
chairs.

20) On or about July 19th I filed a grievance against
officer Fainuulelei.

21) On or about late August early September at 5:15pm
Sgt. Johnston interviewed me at the tables in
front of the SS office during house 4 meal
service about my grievance I filed.

22) October 2nd I RFI'd about my grievance

23) October 8th 8:45am I seen Sgt Johnston during
GI Inspection and ask him about the grievance.

_Serena Joseph_
(Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at **Eagle River**, Alaska
On _____ **2020**.

(seal)

(Notary Public)
My commission expires: ___w/office___

# AFFIDAVIT 6

I Serena Michelle Joseph, state upon oath or affirmation that the following facts are true to the best of my knowledge:

he said "he got my RFI late lastnight, and we will talk about that later."

24) October 12th 5pmish I seen Sgt Johnston while I was working in the kitchen he once again said "we are going to talk about that tonight or tomorrow."

25) October 13th 7am I went to Lt. Booher explained to him the multiple attempts ive made. to sgt. Johnston to get a response to my grievance, he said "he would speak to Sgt Johnston".

26) October 15th 12pm I seen Sgt Johnston and he didnt say one word to me, and continued to walk towards house 5 tunnel.

27) October 16th I seein Sgt Johnston he did NOT say a word to me. about my grievance

_Serena Joseph_
(Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at Eagle River, Alaska
On 11/13/2020.

(seal)

GINGER D. HAWLEY
NOTARY PUBLIC
STATE OF ALASKA
My Commission Expires With Office

Notary Public
My commission expires: w/office

# AFFIDAVIT 7

I _Serena Michelle Joseph_____, state upon oath or affirmation that the following facts are true to the best of my knowledge:

28) October 19th 230 pm I gave officer Jones a sealed envelope addressed to gloria Johnson and asked her if she could put it in Gloria's Box she said "I will put it on her desk."

29) October 20th 8am I dropped a grievance on Sgt Johnston's misconduct

30) October 21st 3pm Gloria Johnson called me on house 4 phone and set up a meeting with me at 9am. Gloria said if she was not there at 9:05am to call ext 106.

31) October 22nd 9:05am I called Gloria Johnson on her ext and she said she would be there in 10 mins.

32) 9:35 am Gloria Johnson shows up we talked about Sgt Johnstons misconduct first. She said

_____
(Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at _Eagle River_____, Alaska

On _11/13/2020_____.
(Date)

(seal)

(Notary Public)

My commission expires: _w/office_____

GINGER D. HANLEY
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires With Office

# AFFIDAVIT 8

I <u>Serena Michelle Joseph</u>, state upon oath or affirmation that the following facts are true to the best of my knowledge:

"she was going to have Sgt. Johnston apologize to me and that he knows better than to interview anyone in the commons in front of anybody."

33) I informed Gloria Johnson I grieved Sgt. Johnston and she asked me "not to", I told her "it's to late I already did."

34) I handed Gloria a my only copy of my grievance I dropped on Sgt Johnston to read but she folded it up and never gave it back

35) Gloria Johnson said "Ty's" aka Sgt Johnstons problem is he wants to be liked by his co-workers.

36) Gloria Johnson and I spoke about officer Fainuulelei next. Gloria said officer Fainuulelei should have never moved me and that there policy is moves are only to be done during the day except for

_____
Serena Joseph (Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at <u>Eagle River</u>, Alaska On <u>11/13/2000</u>.
(Date)

GINGER D. HAWLEY
NOTARY
PUBLIC
STATE OF ALASKA
Commission Expires With Office
(Seal)

_____
(Notary Public)
My commission expires: <u>w/office</u>

# AFFIDAVIT 9

I _Serena Michelle Joseph_____, state upon oath or affirmation that the following facts are true to the best of my knowledge:

emergancies.

37) Gloria Johnson said she was going to have Lt. Booher fix it and that she would follow up with me Monday.

38) October 26th Gloria did NOT follow up as she said.

39) Officer Fainuulelei was doing her routine checks comes in my room and says I have to leave my room unlocked while im inside.

40) I complied for the rest of her shift

41) November 2nd I RFI'd Siau-Sabani (housing Sgt) about B3 P's and/or rules about doors being locked while we are inside.

42) November 3rd I asked Siau-Sabani about my RFI she said Sgt. McClullan will talk to me

_Serena_____
(Signature)

9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at _Eagle River_, Alaska On _11/13/2020_.

(seal)

(Notary Public)

My commission expires: _w) office_

# **AFFIDAVIT** 10

I <u>Serena Michelle Joseph</u>, state upon oath or affirmation that the following facts are true to the best of my knowledge:

<u>about it on Thursday.</u>

43) November 5th 8am spoke with McClullan he said wait and see if it happens again tonight when she officer Fainuulelei comes on shift.

44) Officer Fainuulelei is on shift and tells me me my door needs to be unlocked

45) November 9th after being gone sense "/5 officer Fainuulelei did NOT say anything about my door having to be unlocked.

46) November 11th 7:15am I dropped an appeal for the grievance I dropped on October 20th 2020 that I have not got a response about.

<u>9101 Hesterberg Rd</u>
<u>Eagle River AK 99577</u>
(Mailing Address)

Subscribed and sworn to or affirmed before me at <u>Eagle River</u>, Alaska

On <u>11/13/2020</u>.
(Date)

(seal)

(Notary Public)

My commission expires: <u>w/office</u>

GINGER D. HANLEY
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires With Office

EXHIBIT 1
Claim 1

## STATE OF ALASKA    DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE
### PART ONE

| PRINT NAME | INSTITUTION/MODULE | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|---|
| SERENA Joseph | HMCC | 503540 | | |

| INCIDENT DATE 7/9/20 | TODAY'S DATE 7/19/20 |
|---|---|

**BEFORE YOU COMPLETE THIS FORM:**

CIRCLE | If you said "NO" to any of these questions, the grievance may be screened and returned.

1. Is this about an incident that is other than a disciplinary action or classification decision? — (Yes) No
2. Did you first talk to the appropriate person to informally solve the incident? — (Yes) No
3. Did you file a Request for Interview Form (cop-out) on this incident and receive a response? — (Yes) No

**INSTRUCTIONS:**
1. Limit this grievance to ONE incident.
2. Attach the completed Request for Interview Form copy OR describe HOW you attempted to solve it informally:
   a. WHO did you talk to?
   b. WHEN did you talk with him/her?
   c. WHAT were you told?
3. Attach up to two additional pages of narrative to describe the incident.

**AFFIRMATION and SIGNATURE:**
1. I affirm that this grievance is filed within 30 days of the incident or my knowledge of the incident.
2. I affirm the following statements are true and accurate and that I may be disciplined for providing false information pursuant to 22 AAC 05.480.

PRISONER'S SIGNATURE: *Serena Joseph*

SEE ATTACHED

**I REQUEST THE FOLLOWING RELIEF** (State the outcome you are seeking):

Officer Fainuulelei be removed from working in hailey her given a direct order to leave me alone directly and indirectly

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer to assigned log number with any inquiries about this grievance.

DATE RECEIVED:      STANDARDS OFFICER'S SIGNATURE:

STATE OF ALASKA                    DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE
PART TWO

| PRISONER NAME | Offender # | FSO LOG # | DIO LOG # |
|---------------|------------|-----------|-----------|
|               |            |           |           |

**INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:**

INVESTIGATION: I met with grievant on _____ at _____ hours.

INVESTIGATOR'S
SIGNATURE:                                        DATE:

**FACILITY MANAGER'S FINDINGS AND DETERMINATION:**

FACILITY MANAGER'S
SIGNATURE:                                        DATE:

**PRISONER'S RESPONSE:**

_____ I AM SATISFIED WITH THIS RESPONSE.
_____ I AM NOT SATISFIED WITH THIS RESPONSE,
            BUT <u>DO NOT</u> WISH TO APPEAL.
_____ AND <u>DO INTEND</u> TO APPEAL TO THE Director of Institutions OR the Medical Advisory Committee.

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE
Facility Standards Officer <u>WITHIN TWO WORKING DAYS OF THIS DATE.</u>

PRISONER'S SIGNATURE:                              DATE:

FORM DELIVERED TO PRISONER
BY OFFICER _____
                        (PRINT NAME/SIGNATURE)      (DATE/TIME)

Page 2 of 2

Distribution:  Original to Prisoner's Case/Medical File
               Facility Standards Officer
               Prisoner

Form 808.03C
Rev. 10/06

Exhibit 2
claim 1

On multiple occassions I have sent RFI's to Mrs. Gloria Johnson in Regards to the conduct of officer Fainuulelei, she continues to harass me, and make my living uncomfortable because I have called her out on her disrespectful manner in which she talks to us inmates. On July 18th, 2020 while working as house 4 officer, officer Fainuulelei came into West wing to do count, and instantly notices me and a few other inmates sitting in chairs under the stairs talking, and said "To move the chairs we cant be hanging out there," so the chairs got moved. Officer Fainuulelei said "one chair could stay in front of room 8 but I could NOT have a chair outside my door," room 10. I complied. Heres my issue, East wing is the same way but she only says something to me NOBODY ELSE. The next day July 19th, 2020 I spoke with House 4 officer Ridges, and explained to her what had happened. Officer Ridges instantly blamed herself for being "to lax," I explained to officer Ridges thats not the case and I told her "that it does NOT bother me that other wings were NOT told to move

there chairs and to leave it alone." "I just want everyone to see that officer Fainuulelei is harassing me and only me." Ridges Did make the other wings move there chairs even though I said it was okay not to make them move. No other Officer has had an issue with this only officer Fainuulelei and only with me. Officer Fainuulelei has a vendetta against me and is abusing her authority which has started because one day another inmate came to House 4 door, and I happen to be sitting at the table out in the day room, ear plugs in, reading a book. The inmate (Erica Gibbs) was saying something I couldn't hear, so I got up to see what she wanted which was another inmate that was using the phone. I went back and informed Erica Gibbs the inmate was on the phone and turned around to go back to the table to continue to read when officer Fainuulelei was coming out of west wing after doing her checks and said "you better get your people

Exhibit 3
claim 1

or I'm closing this day room down," I responded cause I was offended and said "what makes her my people cause I am black," Officer Fainuulelei said "Bitch please," and was dead serious and in front of everyone in house 4. I was very upset by the manner of which officer Fainuulelei had spoken to me. I wrote a RFI to Gloria Johnson and instead of putting it in the mail box and it not making it up to Glorias box I went down to the SS office and Sgt West was working and I explained to him what had happened and he said "Let him handle it, but if I still wanted to send the RFI to Gloria Johnson he would deliver it himself," I still wanted to send the RFI. In the RFI I referred to officer Fainuulelei as officer "F" because thats all i've ever heard anyone call her by. I briefly stated what had happen and asked she be directed to not say another word to me. Later on that night some friends of mine in another wing came and told me that officer

Fainuulelei came to them and told them to teach me how to spell her name. The next morning I went down to the lieutenants office explained to him what happened. He said " he was going up to have a meeting with Gloria Johnson as they do every morning and he would ask her if she got the "RFI." I went back down after there meeting and the Lieutenant said " Mrs Gloria Johnson did NOT get the RFI," and stated "I should write another RFI, and bring it to him and he would personally hand it to ~~the~~ Gloria Johnson," and I did exactly that. I am assuming Officer Fainuulelei was talked to because she stopped talking disrespectful to inmates, except one time two inmates were arguing and officer Fainuulelei after several attempts to make them stop said "if ya'll bitches dont stop I am going to seperate ya'll" and I was fine with how she handed that until she walked up the stairs saying "And I dont care if care if ya'll "snitch" cause ya'll "snitches"

Exhibit 4
Claim 1

in here," I brushed it off cause I knew she was in her feelings over me calling her out on the way she spoke to us inmates. Everyone is afraid to say anything about her behavior because they are afraid of retaliation like what she is doing to me now, so I understand why nobody says anything. After that incident I stayed out of officer Fainuulelei's way. I wouldn't look at her or say one word to her for any reason. One day I was sleeping after being at work from 2 4am. officer Fainuulelei woke me up told me I had to move because of a relationship I was never in. This was officer Fainuulelei being vindictive. I was upset about officer Fainuulelei's vindictiveness and went to speak to the housing sergeant sergeant who ultimately denied me moving back to where I was. I asked him why, he stated "I was in a relationship with someone," I asked him "where is the proof?" He simply said "he trust his officers." I said who

Officer Fainuulelei whos out to get me. So once again I EFI to Gloria Johnson informing her of officer Fainuulelei's harassment and what had happened, and I asked if she could come back and speak with me but I got no response back. Officer Fainuulelei is abusing her authority and I fear retaliation directly and indirectly from her. If nothing is done about this I want to be transferred out of here to another institution.

Respectfully
Serena Joseph
503540

Exhibit 3
Claim 1

page 1

Mrs. Gloria Johnson,                    10/19/20

This is inmate Serena Joseph 503540. I am writing you to try to informally resolve my issue at hand. On July 19th 2020 I grieved the misconduct of officer Fainuulelei, some time late August early September Sgt Johnston spoke with me about it and asked me "what I wanted to happen," I said "I wanted officer Fainuulelei removed from house 4 and her given a direct order to leave me alone directly and indirectly." On 10/2 I RFI'd Sgt Johnston about my grievance, I got no response. 10/8 8:45am I seen Sgt Johnston during GI Inspection and asked him about the RFI for the grievance, he said "He received my RFI late last night and we will talk about that later." 10/12 while ~~we~~ helping in the kitchen waiting to do grease traps Sgt Johnston walked through seen me and once again said "We are going to talk about that tonight or tomorrow." 10/13 7am I spoke with Lt. Booher and explained to him the multiple attempts I've made to get a response to my grievance and he said "he would speak to Johnston." 10/15 I seen Sgt Johnston during lunch around noon he didn't say one word to me and walked toward house 5 tunnel. 10/16 I seen Sgt.

Johnston and once again he did not say one word to me about the grievance. I am attaching a copy of the policy and procedures for how a grievance against a staff member works and clearly your staff is once again abusing there authority. I have also written down and attached the standards of Conduct of which your staff is violating Egregious misconduct as well and the Responsibilities. I will also attach a copy of the grievance I am trying to get a response about. I am not a trouble inmate and I fear retaliation from your officers directly and indirectly because I have already experienced it dispite the multiple attempts of me informing you of this abuse. Now regards to my grievance about officer Fainuulelei's misconduct its beyond correctable now I feel very uncomfortable around her I dont come out my room for any reason and shes very rude and disrespectful to anyone who comes to my door and talks to me. I want her removed from working in house 4. And I want all my allegations documented like they are supose to be. I am currently

Exhibit 6
Claim 1

page

10/19/

in the process of filing a discriminatio
law suit against Dept of Corrections
Hiland Mountain Correctional Center for
discrimination and specific retaliatory
actions by officers who ~~is~~ is still
employeed here and I feel I am not
safe from these retaliation tactics whe
this officer is on shift. This is very
debilitating and causing me emotion
duress and unneccesary stress,

Respectfully,
Serena Joseph
503540

Exhibit 1
Claim 1

808.03

Chapter: Prisoner Rights

Subject: Prisoner Grievances

VII Procedures 9

3 C. Grievance Against Staff

1. Allegations of Staff Misconduct

a. Prisoners Responsibilities

(1) If a prisoner files a grievance alleging staff misconduct, the prisoner does not need to try to resolve the grievance informally with the staff member who is the subject of the grievance.

(2) If a prisoner alleges retaliation resulting from filing or pursuing a grievance, the prisoner shall address the grievance as an allegation of staff misconduct.

(3) A prisoner must complete and submit a formal grievance packet as stated in VII.A. 1.c above.

(4) A prisoner may appeal the decision of the facility Manager/Director according to VII.A.1.e-f above.

b. Staff Responsibilities

(1) If a grievance alleges staff violations of the ethical code or standards of conduct as as defined by Policy 202.01, the facility

standard officer shall record and forward
the grievance directly to the Facility
Manager.
 (2) After receiving the grievance, the
Facility Manager shall either:
(a) within 15 working days investigate the
grievance and provide a written decision
to the prisoner through the Facility
Standards officer; or
(b) Promptly return the grievance to the
facility standards officer for informal
resolution or assignment to an investigate
according to VII.A.2.f.g above.

E. Records and Accountability.
1. The facility standards officer shall keep
records of all individual prisoner grievance
and any relevant documents at the
institution for at least three years after
the final resolution of each grievance.
2. The facility standards officer shall
maintain and keep a permanent grievance
log (see Policy 1208.14)
3. the standards Administrator shall periodically
audit grievance records to ensure that all
grievances are properly logged and handled in
accordance with this policy.
4. the standards Administrator shall report annua
to the commissioner about the disposition and
the handling of grievances by the Dept. during the reporting perioc

VII A. 1. C, E, F

C  Formal Grievance Packet Completion (level 1)
    (1) A prisoner must fully complete page one of the Prisoner Grievance Form (Form 808.03c
    (2) The prisoner may attach up to two additional pages of narrative.
    (3) If the facility provides the inmate with a copy of the response to the Request for Interview form (form 808.11A), the form showing attempts to resolve the issue informally must be attached to the grievance
    (4) If the facility does not provide the inmate with a copy of the response to the Request for Interview Form (form 808.11A), the prisoner must write on the grievance form with whom and when he or she tried to initially resolve the issue informally and state the results of that communication
    (5) The prisoner must place the grievance packet in the appropriate locked box

E  Screened Grievances
    (1) If a prisoner can correct the deficiency that caused a grievance to be screened, the prisoner shall be permitted to resubmit the grievance. The grievance shall be considered timely if resubmitted within two working days of receipt of the screening form.
    (2) If the prisoner believes that a

grievance screening decision is incorrect, the prisoner may appeal the screened grievance. The prisoner must state in writing on the Request for Interview form (Form 808-11A) why the screening is incorrect and attach it to the grievance and the screening form, and return it to the Facility Standards officer within two working days after receiving the screening decision.

E. Grievance Appeal (Level 2)

(1) A prisoner may appeal a Facility Manager's/Director's grievance decision.

(2) Within two working days after receiving the Facility Manager's/Director's decision, the prisoner must complete and file a Prisoner Grievance Appeal statement (Form 808-03 D) with the Facility standard officer.

(3) This statement must only address the subject and relief sought in the initial grievance. No additional information may be submitted.

(4) The prisoner must place the completed Prisoner Grievance Appeal statement Form in their appropriate locked box

Exhibit 7
Claim 1

VII. A. 2. F, G

F. Grievance Investigation

(1) If the grievance is not screened, easily resolved, or withdrawn after its initial filing, the Facility standards officer must either investigate or assign another staff member to investigate the grievance.

(2) The Facility standards officer shall assign an objective staff member that is not involved in the subject of the grievance to investigate the grievance and issue a recommendation.

(3) The investigator will interview the appropriate staff and/or prisoner(s) in order to fully and equitably examine the issue.

(4) Within 10 working days after receiving the assignment, the investigator shall forward a clear and concise written statement of findings and recommendations (Form 808.03C, Part two) to the Facility Manager through the Facility standards officer.

G. Formal Grievance Decision

(1) Within five working days after receiving the investigator's findings, the Facility Manager/Director will issue a determination. The decision must include a copy of the investigator's findings and recommendations,

include sufficient findings and conclusions to provide for further review, and note any corrective action 9.4 9.(1)

(2) The Facility Manager/Director shall, through the Facility standards officer, give the prisoner the written response (Form 808.03C)

Exhibit 10
Claim 1

Section: Administration     page 3 of 12
chapter: 200     page 11 of 12
number: 202.15
Title: Standards of Conduct

I. General Provisions:

B. Employees shall comply with and obey all
DOC regulations, policies and procedures,
operational memoranda, orders, and instruction.
Employees shall not aid, abet, or incite
another employee to violate these guidelines.

E. Unlawful discrimination, workplace harassment,
or creating a disrespectful workplace will not
be tolerated. Employees, offenders, and their
families shall be treated professionally at
all times regardless of their race, religion,
color, creed, national origin, physical or
mental disability, sex, marital status, changes
in marital status, pregnancy, parenthood or age.

G. when dealing with the public, offenders,
and each other, employees shall be courteous
and respectful. Employees shall not use
violent, profane or abusive language or
gestures.

Next review 2/15/22

XI Egregious Misconduct:

A. All Doc employees are prohibited from:

1. Engaging in unlawful discrimination or harassment;

2. Engaging in dishonesty, including dishonesty during and investigation into misconduct alleged to have been committed by the employee or by the employee's co-workers

6. Engaging in physical assault or misconduct abusive or lewd behavior;

XII Responsibilities:

C. Failure on the part of any employee to implement this policy may constitute grounds for disciplinary action up to and including dismissal from public servi

Exhibit 11
Claim 1

Policy 202.01 defined

V. Definitions
  A. Ethical: Conforming to a standard of what is right and good.
  B. Professional: Behavior and conduct befitting a person employed in a position of public trust

EXHIBIT 10
Claim 1

STATE OF ALASKA          DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE APPEAL STATEMENT

| PRINT NAME | INSTITUTION/MODULE | OFFENDER NUMBER | FSO LOG NUMBER | DIO LOG NUMBER |
|---|---|---|---|---|
| Serena Joseph | HMCC | 503540 | | |

DATE OF APPEAL: 11/11/20          I appeal the Facility Manager's determination for the following reasons:

After multiple attempts verbally and through RFI's to get a response from Sgt Johnston who interviewed me for a grievance I filed on 7/19/20 on the misconduct of Officer Fainuulelei, I grieved his actions 10/20/20 8am and 11/10/20 15 working days per Policy and procedures I should have gotten some kind of response. The relief I sought was a response to the previous grievance filed 7/19/20. At this point I have exhausted ALL remedies for the misconduct of both Sgt Johnston and Officer Fainuulelei's actions.

PRISONER'S SIGNATURE: Serena Josel

I acknowledge receipt of this grievance appeal statement and have logged it with the appropriate initially filed grievance.

| DATE FILED IN STANDARDS' OFFICE: | FACILITY STANDARDS OFFICER'S SIGNATURE: |
|---|---|
| | |

DIRECTOR OF INSTITUTIONS'/MEDICAL ADVISORY COMMITTEE'S DECISION:

Distribution:   Original to Prisoner Case File
                Facility Standards Officer
                Prisoner

Form 808.03D
Rev. 10/06

Claim 2: On or about __March 26, 2020__ , my civil right to

(Date)

__Sixth Amendment (Access to the courts)__

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Maseuli, McCarter, Johnson, Wood__

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

__SEE ATTACHED__

__Affidavit 1-3__

__Exhibit 1-8__

# AFFIDAVIT 1

I _Serena Michelle Joseph_____, state upon oath or affirmation that the following facts are true to the best of my knowledge:

1) On March 26th 2020 I grieved Hiland Mountain correctional Center for not providing me with access to and use of legal reference, materials or legal assistance or timely access to legal materials that the law library does not carry or up-to-date, constitutional, statutory, and case law materials, applicable court rules and practice treatises "in order to gain meaningful access to a court for the purpose of challenging my conviction and sentence."

2) On April 2nd at 3:50 pm Sgt Maseuli interviewed me I informed her I was appealing my conviction and could not rely on anyone appointed by the state and I needed to do my own homework and in order for me to do so I needed access

_____Serena Jos____
(Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at _Eagle River_, Alaska
On _11/13/2020_.
(Date)

_____
(Notary Public)
My commission expires: _w/office_

GINGER D. HAWLEY
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires With Office

# **AFFIDAVIT** 2

I Serena Michelle Joseph _____, state upon oath or
affirmation that the following facts are true to the best of my knowledge:

to District Court, Superior Court, Pacer, and Courtview
to look up cases similar to mine. She asked me
"like google?" I said "yes".

3) After reading the investigators response and
the facility managers response I realized they
did NOT understand what I was asking for and
appealed it to the Directors of institutions and
reworded what I was asking for, for better
understanding.

4) On April 13th I appealed to the Director of
institutions and stated I am NOT asking for
unlimited and/or unrestricted access to the internet
but request that the Nexis Lexis computer be
expanded to include access to trial court, superior
court, district filings and Federal trial court filings

_____
(Signature)
9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at Eagle River , Alaska
On ___11/13/2020____ .
(Date)

_____
(Notary Public)
My commission expires: w/office

GINGER D. HAWLEY
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires With Office

# AFFIDAVIT 3

I <u>Serena Michelle Joseph</u>, state upon oath or affirmation that the following facts are true to the best of my knowledge:

<u>Pacer, and courtview.</u>

<u>5) On April 27th I recieved Deputy Director Sidney Wood's response, in which was denied, but it only addressed the issue of "courtview" and "Pacer," not an expantion of the current Nexis Lexis and/or up-to-date to the one currently here.</u>

_____
(Signature)

9101 Hesterberg Rd
Eagle River AK 99577
(Mailing Address)

Subscribed and sworn to or affirmed before me at <u>Eagle River</u>, Alaska

On <u>11/13/2020</u>.

(seal)

_____
(Notary Public)

My commission expires: <u>w/Office</u>

GINGER D. HAWLEY
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires With Office

Claim 2

## PRISONER GRIEVANCE
### PART ONE

| PRINT NAME | INSTITUTION/MODULE | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|---|
| Serena Joseph | HMCC | 503570 | HM20-038 | |
| INCIDENT DATE | | TODAY'S DATE 3/26/2020 | | |

| BEFORE YOU COMPLETE THIS FORM: | CIRCLE | If you said "NO" |
|---|---|---|
| 1. Is this about an Incident that is other than a disciplinary action or classification decision? | Yes / No | to any of these questions, the grievance may be screened and returned. |
| 2. Did you first talk to the appropriate person to informally solve the incident? | Yes / No | |
| 3. Did you file a Request for Interview Form (cop-out) on this incident and receive a response? | Yes / No | |

**INSTRUCTIONS:**
1. Limit this grievance to ONE incident.
2. Attach the completed Request for Interview Form copy OR describe HOW you attempted to solve it informally:
   a. WHO did you talk to?
   b. WHEN did you talk with him/her?
   c. WHAT were you told?
3. Attach up to two additional pages of narrative to describe the incident.

**AFFIRMATION and SIGNATURE:**
1. I affirm that this grievance is filed within 30 days of the incident or my knowledge of the incident.
2. I affirm the following statements are true and accurate and that I may be disciplined for providing false information pursuant to 22 AAC 05.400.

PRISONER'S SIGNATURE: _Serena Joseph_

I am trying to do research on my case in which I am remanded for doing 42 months on and I am appealing and I need access to superior court, district court, pacer and court view and I am on a time crunch to get my appeal filed. I have copd out to siau-sabani she told me I would have a response by Monday it is now Thursday and I have not got a response she works everyte other week which is frustrating, I know it doesnt matter to you all whom get to go home everyday, but my appeal matters to me and my family and not having 1) enough time

I REQUEST THE FOLLOWING RELIEF (State the outcome you are seeking)
the appropriate staff to address this issue I've went through exhausting all available means to resolve this informally but staff said they can't help with legs access

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer to assigned log number with any inquiries about this grievance.

DATE RECEIVED: 3-27-2020

STANDARDS OFFICER'S SIGNATURE: _[signature]_

Page 1 of 2

Form 808.03C
Rev. 10/06

## Exhibit 2
## Claim 2

complaint page continued
to do my research and have it filed
in the time alotted and 2) not having
access to the superior, district, pacer, and
court views is violating my rights. I also
spoke with officer Kelley and hes training
Siau-sabani and he says theres nothing
they can do. To get inmates access to
these Legal sites because Doc selects the
type of services that is available through
lexis. I also talked with Sgt McCullen
who said there is nothing Hiland staff
can do to get me access to these
legal sites because Doc chooses the
content for lexis.

relief page continued
beyond whats available. Because access
to the court is A due process constitution
6th amendment right filing this grievance
is the next process available.

Serena Joseph

Joseph, Serena OB# 509540  FSO Log# HM-20-030

**Investigatiors findings and recommendations:**

I met with inmate Joseph, Serena OB# 509540 on 4/2/20, at approximately 1550 hours. Inmate stated she needed access to "courtview"; "Superior Court"; "District Court Pacer". Inmate Joseph also stated she needed to look up similar cases to hers. I asked like google? Inmate Joseph stated "yes basically I need internet acess. I advised her that inmates are NOT authorized internet access.

*Raulascalt*  4/2/20

Claim 2

DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE
### PART TWO

| PRISONER NAME | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|
| Joseph Serena | 509540 | HM 20-030 | |

INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:

See attached.

INVESTIGATION: I met with grievant on  4/2/20  at  1550  hours.

INVESTIGATOR'S SIGNATURE: KaMaseuli

DATE:

FACILITY MANAGER'S FINDINGS AND DETERMINATION:

Based on the research by SSgt. Maseuli, no more action is required. At this time the only thing legal allowed for the prisoners is on the law library computer and books/forms there. Internet for prisoners isn't approved or available.

FACILITY MANAGER'S SIGNATURE: Gloria Johnson

DATE: 4/03/2020

PRISONER'S RESPONSE:

____ I AM SATISFIED WITH THIS RESPONSE.

__X__ I AM NOT SATISFIED WITH THIS RESPONSE,
     BUT **DO NOT** WISH TO APPEAL.
__X__ AND **DO INTEND** TO APPEAL TO THE Director of Institutions OR the Medical Advisory Committee.

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE Facility Standards Officer **WITHIN TWO WORKING DAYS OF THIS DATE.**

PRISONER'S SIGNATURE: Serena

DATE: 4/10/2020

FORM DELIVERED TO PRISONER BY OFFICER

MiCant
(PRINT NAME/SIGNATURE)

4-10-2020
(DATE/TIME)

Page 2 of 2

Distribution: Original to Prisoner's Case/Medical File
            Facility Standards Officer
            Prisoner

Form 808.03C
Rev. 10/06

EXHIBIT 4
Claim 2

MOVE ACO-DOC
04.24.20

STATE OF ALASKA

DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE APPEAL STATEMENT

| PRINT NAME | INSTITUTION/MODULE | OFFENDER NUMBER | FSQ LOG NUMBER | DIO LOG NUMBER |
|---|---|---|---|---|
| SERENA Joseph | WMCC | 503540 | HM20.030 | |

**DATE OF APPEAL:**

I appeal the Facility Manager's determination for the following reasons:

Im appealing the decision because, I didn't ask for unlimited/unrestricted access to the internet I requested that the current Lexis computer Access be expanded to include access to the trial court (superior court) district filings and federal trial court filings, as well as, Courtview and Pacer, so I can perform research. I have a constitutional right to access to the courts and a due process right to equal protection because Doc chooses the content access for lexis im obstructed from researching both state trial courts and federal trial courts filings to find Cases similiar to mine so I can apply those cases to my case currently. Doc only allows access to appealleable case laws which does not provide all cases similar to mine for me to use to help my case. Im requesting that the Lexis content be expanded. 1/2 pages ⟶

**PRISONER'S SIGNATURE:** Serena Jw

I acknowledge receipt of this grievance appeal statement and have logged it with the appropriate initially filed grievance.

| DATE FILED IN STANDARDS' OFFICE: | FACILITY STANDARDS OFFICER'S SIGNATURE: |
|---|---|
| 4.13.2020 | Q. McCann |

**DIRECTOR OF INSTITUTIONS'/MEDICAL ADVISORY COMMITTEE'S DECISION:**

Distribution: Original to Prisoner Case File
Facility Standards Officer
Prisoner

Form 808.03D
Rev. 10/06

EXHIBIT 1
Claim 2

STATE OF ALASKA          DEPARTMENT OF CORRECTIONS

## PRISONER GRIEVANCE APPEAL STATEMENT

| PRINT NAME | INSTITUTION/MODULE | OFFENDER NUMBER | FSO LOG NUMBER | DIO LOG NUMBER |
|---|---|---|---|---|
| Serena Joseph | HMCL | 503540 | | |

| DATE OF APPEAL: | I appeal the Facility Manager's determination for the following reasons: |
|---|---|

2/2 pages continued → Not that unrestricted internet access be available. Expanding the Lexis content to include all four Alaska state district trial courts (ie; superior court) and federal district trial courts, as well as, courtview & pacer is not an unreasonable request for my sixth amendment right to access to the courts and due process right for equal protection.

PRISONER'S SIGNATURE: _Serena Joseph_

I acknowledge receipt of this grievance appeal statement and have logged it with the appropriate initially filed grievance.

| DATE FILED IN STANDARDS' OFFICE: | FACILITY STANDARDS OFFICER'S SIGNATURE: |
|---|---|

**DIRECTOR OF INSTITUTIONS'/MEDICAL ADVISORY COMMITTEE'S DECISION:**

Ms. Joseph, access through Court view will not provide you with usable information. Court view provides case information, court dockets, charging and conviction info etc.... but no details as to the case specifics. Furthermore access to this information would provide yourself with personal information of complainants and defendants. Access to a Pacer account requires a charge for each user and for every document that is accessed. The final consideration is that providing an internet connection through Lexis Nexis is a security risk that is not acceptable. For these reason your appeal is denied.

Sidney Wood, Deputy Director 04/27/2020

Distribution:  Original to Prisoner Case File
 Facility Standards Officer
 Prisoner

*Form 808.03D*
*Rev. 10/06*



*Exhibit C*
*Claim 2*

STATE OF ALASKA
DEPARTMENT OF CORRECTIONS

# Request For Interview Form:

SECURITY – White      MEDICAL – Yellow
(NOTE: Do not use for medical emergencies!)

| Printed Name: Serena Joseph | Institution: HMCC Law Library | |
| Offender #: 503540 | Mod / Quad: H4 W/O | Date: 9/29/20 |
| DOB: 4/6/93 | How long has the problem existed?: | |

To: McCarter and/or Maseuli  FWD McLellan / Siau

Request: I am requesting for 2 computer towers so inmates can listen to there, and/or watch there CD's sent to them by there attorneys I spoke with Education coor. Mr Glaze and he said to get it approved and he will give them to me from education. I also would like to get updated law books it you could tell me how I go about doing so I would greatly appreciate it. Thank you for your time.

Respectfully,

Prisoner Signature: Serena J

Action Taken: The Court books Info. Can be accessed on the Computers. There have been 4 Legal Computers ordered that should be here soon.

Employee Signature: _____  Employee Printed Name: _____  Date: 9/30

Final Action Taken:

Employee Signature: _____  Employee Printed Name: _____  Date: ____

Check here if response to prisoner was made verbally: ☐ (Not allowed for Medical RFIs.)

Instructions: Request must be specific and state the action being requested (i.e., interview, hearing, etc.).
Requests are to be responded to within a reasonable time frame after receipt.

Distribution:  Security RFI:
Original to prisoner case record.
Copy to Prisoner. (Unless response was made verbally.)

Medical RFI:
Original scanned in to EHR and then to medical records.
Copy to prisoner.

<u>Claim 3</u>: On or about _____July 2020_____, my civil right to
(Date)

_Fourteenth Amendment (equal protection)_
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List <b>only one</b> violation.)

was violated by _Dahlstrom, Johnson, Booher, West, Johnston, Fainuulelei_
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

SEE ATTACHED CLAIM 1

Affidavit 1-10

Exhibit 1-12

Prisoner § 1983 - 5<br>PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01 - Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury? _____ Yes  X  No**

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 500,000

2. Punitive damages in the amount of $ 1,000,000

3. An order requiring defendant(s) to SEE ATTACHED VI Relief

4. A declaration that SEE ATTACHED VI Relief

5. Other: Any other relief this court deems just

Plaintiff demands a trial by jury. ___X___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Eagle River, AK_____ on _08/28/2021_____
                 (Location)                              (Date)

_Serena Pooph_____
            (Plaintiff's Signature)

_____     _____
Original Signature of Attorney (if any)        (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

## VI Relief

Claim 1- Enter an injunction against the prison officials to act in a lawful manner, and to follow there policy's and procedures and constitution laws, and that the unlawful acts of egregious misconduct by prison officials at Hiland Mountain Correctional Center will not be condoned and to deter prison officials from commiting further unconstitutional acts of the same nature as were perpetrated against me. I ask to please award me compensatory and punitive damages on the basis of multiple prohibited acts of the Department of corrections policy and procedures that continue and the fact I have tried to resolve these intentional acts informally many of times before I even filed a grievance (even though per policy and procedure I did NOT have to) and for Department of corrections Hiland Mountain Correctional Center officials NOT respond to two of my grievances and/or my informally resolutions speaks for themselves. I live in constant fear of retalitory acts and therefore when these officers are on shift I do not come out of my room and this is very debilitating and causing me emotional duress and unnecessary stress

Claim 2- Enter an injunction for the Department of corrections Hiland Mountain Correctional Center to expand there Lexis Nexis to include District Court, Superior Court, Pacer and for regular

updates be conducted on them. For computers with Word programs and printers so legal work can be typed and printed. I seek monetary damages on the basis of not providing me with adequate legal materials which is causing me more emotional duress and unnecessary stress. And an update to the textbooks and maintain the annual up keep of them